FORM AD-334 USDA (REV. 8/17)

## STATEMENT OF EARNINGS AND LEAVE

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| | | | | |

### EARNINGS AND DEDUCTIONS

| ITEM | | HOURS | | AMOUNT | |
|---|---|---|---|---|---|
| CODE | DESCRIPTION | P/P | YR. TO DATE | P/P | YR TO DATE |
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | | | | | | |
| SICK | | | | | | LEAVE CATEG |
| COMP | | | | | | |

REMARKS

NAME AND ADDRESS

AGENCY HR ADDRESS

EPP

CITIZENSHIP AND IMMIGRATION SERVICES                                                                           76065 - 0000     FORM AD-334 USDA (REV. 8/17)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 04/07/2024  04/20/2024 | 07 | CI-25-0120-05-14 | 0008 | CI-26-00-0000 | 1699 | GS | 09 | 04 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 71660.00 | PA | F/T | 01/02/2007 | 2943.02 |

## STATEMENT OF EARNINGS AND LEAVE

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 80.00 | 549.00 | 2747.20 | 18728.34 |
| 61 | | ANNUAL LEAVE | | 64.00 | | 2189.36 |
| 62 | | SICK LEAVE | | 55.00 | | 1813.10 |
| 66 | | OTHER LEAVE | | 48.00 | | 1594.56 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2747.20 | 24456.00 |
| 75 | 02 | RETIREMENT | | | 21.98 | 195.66 |
| 75 | 15 | TSP-FERS | | | 100.00 | 900.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 154.12 | 1372.71 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | 37.52 | 406.03 |
| 81 | | FEGLI- COVERAGE $  $74,000 | | | 11.84 | 105.60 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | 186.35 | 1304.45 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 457.10 |
| 83 | 11 | VISION PLAN | | | 16.88 | 134.71 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 162.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 156.97 | 1412.73 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 1415.43 |
| 97 | | MEDICARE TAX WITHHELD | | | 36.04 | 321.00 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 955.19 | 8607.08 |
| ** | ** | *************** NET PAY *************** | | | 1792.01 | 15848.92 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 56 | 59.00 | 204.50 | 116.50 | | 240.00 |
| SICK | 28 | 10.00 | 27.75 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

DIRECT DEPOSIT IS FAST, SAFE AND CONVENIENT. FILE, RECEIVE REFUNDS, AND PAY YOUR TAXES ELECTRONICALLY.

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date      05/02/2024

AGENCY HR ADDRESS

FOC PAYROLL
124 LEROY ROAD
WILLISTON,      VT 05495
Phone 802-657-7860

FOC PAYROLL
124 LEROY ROAD
WILLISTON,      VT 05495
Phone 802-657-7860

## STATEMENT OF EARNINGS AND LEAVE

FORM AD-334 USDA (REV. 8/17)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| | | | | |

### EARNINGS AND DEDUCTIONS

| ITEM | | HOURS | | AMOUNT | |
|---|---|---|---|---|---|
| CODE | DESCRIPTION | P/P | YR. TO DATE | P/P | YR TO DATE |
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | | | | | | |
| SICK | | | | | | LEAVE CATEG |
| COMP | | | | | | |

REMARKS

NAME AND ADDRESS

AGENCY HR ADDRESS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EPP | | | | | | | | 76065 | - | 0000 | FORM AD-334 |
| CITIZENSHIP AND IMMIGRATION SERVICES | | | | | | | | | | | USDA |
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | (REV. 8/17) |
| ***-**-**** | 05/05/2024 | 05/18/2024 | 09 | CI-25-0120-05-14 | 0008 | CI-26-00-0000 | 1699 | GS | 09 | 04 | |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | | | | | | |
| 71660.00 | PA | F/T | 01/02/2007 | 2986.98 | | | | | | | |

**STATEMENT OF EARNINGS AND LEAVE**

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 80.00 | 709.00 | 2747.20 | 24222.74 |
| 61 | | ANNUAL LEAVE | | 64.00 | | 2189.36 |
| 62 | | SICK LEAVE | | 55.00 | | 1813.10 |
| 66 | | OTHER LEAVE | | 48.00 | | 1594.56 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2747.20 | 29950.40 |
| 75 | 02 | RETIREMENT | | | 21.98 | 239.62 |
| 75 | 15 | TSP-FERS | | | 100.00 | 1100.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 154.12 | 1680.95 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | 37.52 | 481.07 |
| 81 | | FEGLI- COVERAGE $  $74,000 | | | 11.84 | 129.28 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | 186.35 | 1677.15 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 573.54 |
| 83 | 11 | VISION PLAN | | | 16.88 | 168.47 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 198.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 156.97 | 1726.67 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 1729.97 |
| 97 | | MEDICARE TAX WITHHELD | | | 36.04 | 393.08 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 955.19 | 10517.46 |
| ** | ** | ************** NET PAY ************** | | | 1792.01 | 19432.94 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 72 | 59.00 | 220.50 | 116.50 | | 240.00 |
| SICK | 36 | 10.00 | 35.75 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

DIRECT DEPOSIT IS FAST, SAFE AND CONVENIENT.
FILE, RECEIVE REFUNDS, AND PAY YOUR TAXES ELECTRONICALLY.

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date     05/30/2024

AGENCY HR ADDRESS
FOC PAYROLL
124 LEROY ROAD
WILLISTON,     VT 05495
Phone 802-657-7860

FOC PAYROLL
124 LEROY ROAD
WILLISTON,     VT 05495
Phone 802-657-7860

EPP

CITIZENSHIP AND IMMIGRATION SERVICES — 76065 - 0000 — FORM AD-334 USDA (REV. 8/17)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 05/19/2024  06/01/2024 | 10 | CI-25-0120-05-14 | 0008 | CI-26-00-0000 | 1699 | GS | 09 | 04 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 71660.00 | PA | F/T | 01/02/2007 | 3008.96 |

## STATEMENT OF EARNINGS AND LEAVE

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 40.00 | 749.00 | 1373.60 | 25596.34 |
| 61 | | ANNUAL LEAVE | 32.00 | 96.00 | 1098.88 | 3288.24 |
| 62 | | SICK LEAVE | | 55.00 | | 1813.10 |
| 66 | | OTHER LEAVE | 8.00 | 56.00 | 274.72 | 1869.28 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2747.20 | 32697.60 |
| 75 | 02 | RETIREMENT | | | 21.98 | 261.60 |
| 75 | 15 | TSP-FERS | | | 100.00 | 1200.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 154.12 | 1835.07 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | 37.52 | 518.59 |
| 81 | | FEGLI- COVERAGE $  $74,000 | | | 11.84 | 141.12 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | 186.35 | 1863.50 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 631.76 |
| 83 | 11 | VISION PLAN | | | 16.88 | 185.35 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 216.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 156.97 | 1883.64 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 1887.24 |
| 97 | | MEDICARE TAX WITHHELD | | | 36.04 | 429.12 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 955.19 | 11472.65 |
| ** | ** | *************** NET PAY *************** | | | 1792.01 | 21224.95 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 80 | 91.00 | 196.50 | 84.50 | | 240.00 |
| SICK | 40 | 10.00 | 39.75 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

DIRECT DEPOSIT IS FAST, SAFE AND CONVENIENT. FILE, RECEIVE REFUNDS, AND PAY YOUR TAXES ELECTRONICALLY.

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date    06/13/2024

AGENCY HR ADDRESS

FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

| CITIZENSHIP AND IMMIGRATION SERVICES | | | | | | 76065 - 0000 | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN / GR. / STEP |
| ***-**-**** | 06/02/2024  06/15/2024 | 11 | CI-25-0120-05-14 | 0008 | CI-26-90-0000 | 1699 | GS  09  04 |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | | |
| 71660.00 | PA | F/T | 01/02/2007 | 3030.94 | | | |

**STATEMENT OF EARNINGS AND LEAVE**

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | | 749.00 | | 25596.34 |
| 61 | | ANNUAL LEAVE | 80.00 | 176.00 | 2747.20 | 6035.44 |
| 62 | | SICK LEAVE | | 55.00 | | 1813.10 |
| 66 | | OTHER LEAVE | | 56.00 | | 1869.28 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2747.20 | 35444.80 |
| 75 | 02 | RETIREMENT | | | 21.98 | 283.58 |
| 75 | 15 | TSP-FERS | | | 100.00 | 1300.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 154.12 | 1989.19 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | 37.52 | 556.11 |
| 81 | | FEGLI- COVERAGE $  $74,000 | | | 11.84 | 152.96 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | 186.35 | 2049.85 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 689.98 |
| 83 | 11 | VISION PLAN | | | 16.88 | 202.23 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 234.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 156.97 | 2040.61 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 2044.51 |
| 97 | | MEDICARE TAX WITHHELD | | | 36.04 | 465.16 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 955.19 | 12427.84 |
| ** | ** | *************** NET PAY *************** | | | 1792.01 | 23016.96 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 88 | 171.00 | 124.50 | 4.50 | | 240.00 |
| SICK | 44 | 10.00 | 43.75 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date    06/27/2024

AGENCY HR ADDRESS
FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

**CITIZENSHIP AND IMMIGRATION SERVICES**  76065 - 0000  **FORM AD-334 USDA (REV. 8/17)**

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 06/16/2024  06/29/2024 | 12 | CI-25-0120-05-14 | 0008 | CI-26-90-0000 | 1699 | GS | 09 | 04 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 71660.00 | PA | F/T | 01/02/2007 | 3052.92 |

## STATEMENT OF EARNINGS AND LEAVE

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 40.00 | 789.00 | 1373.60 | 26969.94 |
| 61 | | ANNUAL LEAVE | 32.00 | 208.00 | 1098.88 | 7134.32 |
| 62 | | SICK LEAVE | | 55.00 | | 1813.10 |
| 66 | | OTHER LEAVE | 8.00 | 64.00 | 274.72 | 2144.00 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2747.20 | 38192.00 |
| 75 | 02 | RETIREMENT | | | 21.98 | 305.56 |
| 75 | 15 | TSP-FERS | | | 100.00 | 1400.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 154.12 | 2143.31 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | 37.52 | 593.63 |
| 81 | | FEGLI- COVERAGE $  $74,000 | | | 11.84 | 164.80 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | 186.35 | 2236.20 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 748.20 |
| 83 | 11 | VISION PLAN | | | 16.88 | 219.11 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 252.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | 2040.61 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 2201.78 |
| 97 | | MEDICARE TAX WITHHELD | | | 36.04 | 501.20 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 798.22 | 13226.06 |
| ** | ** | ************** NET PAY ************** | | | 1948.98 | 24965.94 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 96 | 203.00 | 100.50 | | | 240.00 |
| SICK | 48 | 10.00 | 47.75 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date    07/11/2024

AGENCY HR ADDRESS

FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

**CITIZENSHIP AND IMMIGRATION SERVICES**  76065 - 0000   FORM AD-334 USDA (REV. 8/17)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR   MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 06/30/2024   07/13/2024 | 13 | CI-25-0120-05-14 | 0008 | CI-26-90-0000 | 1699 | GS | 09 | 04 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 71660.00 | PA | F/T | 01/02/2007 | 3074.90 |

**STATEMENT OF EARNINGS AND LEAVE**

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 72.00 | 861.00 | 2472.48 | 29442.42 |
| 61 | | ANNUAL LEAVE | | 208.00 | | 7134.32 |
| 62 | | SICK LEAVE | | 55.00 | | 1813.10 |
| 66 | | OTHER LEAVE | 8.00 | 72.00 | 274.72 | 2418.72 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2747.20 | 40939.20 |
| 75 | 02 | RETIREMENT | | | 21.98 | 327.54 |
| 75 | 15 | TSP-FERS | | | 100.00 | 1500.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 154.12 | 2297.43 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | 37.52 | 631.15 |
| 81 | | FEGLI- COVERAGE $   $74,000 | | | 11.84 | 176.64 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | 186.35 | 2422.55 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 806.42 |
| 83 | 11 | VISION PLAN | | | 16.88 | 235.99 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 270.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | 2040.61 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 2359.05 |
| 97 | | MEDICARE TAX WITHHELD | | | 36.04 | 537.24 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 798.22 | 14024.28 |
| ** | ** | *************** NET PAY *************** | | | 1948.98 | 26914.92 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 104 | 203.00 | 108.50 | | | 240.00 |
| SICK | 52 | 10.00 | 51.75 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date    07/25/2024

AGENCY HR ADDRESS
FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITIZENSHIP AND IMMIGRATION SERVICES | | | | | | | | 76065 | - | 0000 | | FORM AD-334 USDA (REV. 8/17) |
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | |
| ***-**-**** | 07/14/2024 07/27/2024 | | 14 | CI-25-0120-05-14 | | 0008 | CI-26-90-0000 | 1699 | GS | 09 | 04 | |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | | | | | | | |
| 71660.00 | PA | F/T | 01/02/2007 | 3096.88 | | STATEMENT OF EARNINGS AND LEAVE | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 60.50 | 921.50 | 2077.57 | 31519.99 |
| 61 | | ANNUAL LEAVE | | 208.00 | | 7134.32 |
| 62 | | SICK LEAVE | 19.50 | 74.50 | 669.63 | 2482.73 |
| 66 | | OTHER LEAVE | | 72.00 | | 2418.72 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2747.20 | 43686.40 |
| 75 | 02 | RETIREMENT | | | 21.98 | 349.52 |
| 75 | 15 | TSP-FERS | | | 100.00 | 1600.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 154.12 | 2451.55 |
| 77 | | FEDERAL TAX EXEMPTS MJ | | | 37.52 | 668.67 |
| 81 | | FEGLI- COVERAGE $ $74,000 | | | 11.84 | 188.48 |
| 83 | | FEHBA - ENROLL CODE 252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE 315 | | | 186.35 | 2608.90 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 864.64 |
| 83 | 11 | VISION PLAN | | | 16.88 | 252.87 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 288.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | 2040.61 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 2516.32 |
| 97 | | MEDICARE TAX WITHHELD | | | 36.04 | 573.28 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 798.22 | 14822.50 |
| ** | ** | *************** NET PAY *************** | | | 1948.98 | 28863.90 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | | ANN | 112 | 203.00 | 116.50 | | | 240.00 |
| RELIGIOUS COMP-BY PAY PERIOD | | | | SICK | 56 | 29.50 | 36.25 | | | LEAVE CATEG |
| TRAVEL COMP-BY PAY PERIOD | | | | COMP | | | | | | 8 |
| MILITARY | | | | | | | | | | REMARKS |
| TIME OFF AWARD | | | | | | | | | | |
| BPAPRA COMPENSATORY | | | | | | | | | | |
| BPAPRA OBLIGATED DEBT | | | | | | | | | | |
| DISABLED VETERAN LEAVE | | | | | | | | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date    08/08/2024

AGENCY HR ADDRESS
FOC PAYROLL
124 LEROY ROAD
WILLISTON,  VT 05495
Phone 802-657-7860

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EPP | | | | | | | | 76065 - 0000 | | FORM AD-334 USDA (REV. 8/17) | |
| CITIZENSHIP AND IMMIGRATION SERVICES | | | | | | | | | | | |
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | |
| ***-**-**** | 07/28/2024    08/10/2024 | | 15 | CI-25-0120-05-14 | 0008 | CI-26-90-0000 | 1699 | GS | 09 | 04 | |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | **STATEMENT OF EARNINGS AND LEAVE** | | | | | |
| 71660.00 | PA | F/T | 01/02/2007 | 3118.86 | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 80.00 | 1001.50 | 2747.20 | 34267.19 |
| 61 | | ANNUAL LEAVE | | 208.00 | | 7134.32 |
| 62 | | SICK LEAVE | | 74.50 | | 2482.73 |
| 66 | | OTHER LEAVE | | 72.00 | | 2418.72 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2747.20 | 46433.60 |
| 75 | 02 | RETIREMENT | | | 21.98 | 371.50 |
| 75 | 15 | TSP-FERS | | | 100.00 | 1700.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 154.12 | 2605.67 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | 37.52 | 706.19 |
| 81 | | FEGLI- COVERAGE $  $74,000 | | | 11.84 | 200.32 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | 186.35 | 2795.25 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 922.86 |
| 83 | 11 | VISION PLAN | | | 16.88 | 269.75 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 306.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | 2040.61 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 2673.59 |
| 97 | | MEDICARE TAX WITHHELD | | | 36.04 | 609.32 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 798.22 | 15620.72 |
| ** | ** | *************** NET PAY *************** | | | 1948.98 | 30812.88 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

| YEAR TO DATE LEAVE STATUS | | | | YEAR TO DATE LEAVE STATUS | | | | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | ACCRUED | USED | BALANCE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | |
| CREDIT HOURS-BY PAY PERIOD | | | | ANN | 120 | 203.00 | 124.50 | | 240.00 |
| RELIGIOUS COMP-BY PAY PERIOD | | | | SICK | 60 | 29.50 | 40.25 | | LEAVE CATEG |
| TRAVEL COMP-BY PAY PERIOD | | | | COMP | | | | | 8 |
| MILITARY | | | | | | | | | REMARKS |
| TIME OFF AWARD | | | | | | | | | |
| BPAPRA COMPENSATORY | | | | | | | | | |
| BPAPRA OBLIGATED DEBT | | | | | | | | | |
| DISABLED VETERAN LEAVE | | | | | | | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date    08/22/2024

AGENCY HR ADDRESS
FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

EPP

CITIZENSHIP AND IMMIGRATION SERVICES                                   76065 - 0000        FORM AD-334 USDA (REV. 8/17)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 08/11/2024  08/24/2024 | 16 | CI-25-0120-05-14 | 0008 | CI-26-90-0000 | 1699 | GS | 09 | 04 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 71660.00 | PA | F/T | 01/02/2007 | 3140.84 |

**STATEMENT OF EARNINGS AND LEAVE**

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 80.00 | 1081.50 | 2747.20 | 37014.39 |
| 44 | | CASH AWARD | | | 450.00 | 450.00 |
| 61 | | ANNUAL LEAVE | | 208.00 | | 7134.32 |
| 62 | | SICK LEAVE | | 74.50 | | 2482.73 |
| 66 | | OTHER LEAVE | | 72.00 | | 2418.72 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 3197.20 | 49630.80 |
| 75 | 02 | RETIREMENT | | | 21.98 | 393.48 |
| 75 | 15 | TSP-FERS | | | 100.00 | 1800.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 182.02 | 2787.69 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | 136.52 | 842.71 |
| 81 | | FEGLI- COVERAGE $  $74,000 | | | 11.84 | 212.16 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | 186.35 | 2981.60 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 981.08 |
| 83 | 11 | VISION PLAN | | | 16.88 | 286.63 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 324.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | 2040.61 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 2830.86 |
| 97 | | MEDICARE TAX WITHHELD | | | 42.57 | 651.89 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 931.65 | 16552.37 |
| ** | ** | *************** NET PAY *************** | | | 2265.55 | 33078.43 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 128 | 203.00 | 132.50 | | | 240.00 |
| SICK | 64 | 29.50 | 44.25 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date     09/05/2024

AGENCY HR ADDRESS
FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EPP | | | | | | | | | | | | |
| CITIZENSHIP AND IMMIGRATION SERVICES | | | | | | | 76065 - 0000 | | | | | FORM AD-334 USDA (REV. 8/17) |
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | | |
| ***-**-**** | 08/25/2024 | 09/07/2024 | 17 | CI-25-0120-05-14 | 0008 | CI-26-90-0000 | 1699 | GS | 09 | 04 | | |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | **STATEMENT OF EARNINGS AND LEAVE** | | | | | | |
| 71660.00 | PA | F/T | 01/02/2007 | 3162.82 | | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | | DESCRIPTION | | HOURS P/P | HOURS YR. TO DATE | | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | | 62.00 | 1143.50 | | 2129.08 | 39143.47 |
| 44 | | CASH AWARD | | | | | | 450.00 |
| 61 | | ANNUAL LEAVE | | | 208.00 | | | 7134.32 |
| 62 | | SICK LEAVE | | 10.00 | 84.50 | | 343.40 | 2826.13 |
| 66 | | OTHER LEAVE | | 8.00 | 80.00 | | 274.72 | 2693.44 |
| 66 | 61 | TIME OFF AWARDS | | | 4.00 | | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | | 80.00 | | | 2747.20 | 52378.00 |
| 75 | 02 | RETIREMENT | | | | | 21.98 | 415.46 |
| 75 | 15 | TSP-FERS | | | | | 100.00 | 1900.00 |
| | | *AMT BASED ON FIXED AMT | | | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | | | 154.12 | 2941.81 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | | | 37.52 | 880.23 |
| 81 | | FEGLI- COVERAGE $   $74,000 | | | | | 11.84 | 224.00 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | | | 186.35 | 3167.95 |
| 83 | 10 | DENTAL PLAN | | | | | 58.22 | 1039.30 |
| 83 | 11 | VISION PLAN | | | | | 16.88 | 303.51 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | | | 18.00 | 342.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | | | 2040.61 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | | 157.27 | 2988.13 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | | 161.01 | 161.01 |
| 97 | | MEDICARE TAX WITHHELD | | | | | 36.04 | 687.93 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | | | 959.23 | 17511.60 |
| ** | ** | *************** NET PAY *************** | | | | | 1787.97 | 34866.40 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 136 | 203.00 | 140.50 | | | 240.00 |
| SICK | 68 | 39.50 | 38.25 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date     09/19/2024

AGENCY HR ADDRESS
FOC PAYROLL
124 LEROY ROAD
WILLISTON,   VT 05495
Phone 802-657-7860

EPP

| CITIZENSHIP AND IMMIGRATION SERVICES | | | | | | | 76065 - 0000 | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR  MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | |
| ***-**-**** | 09/08/2024  09/21/2024 | 18 | CI-25-0120-05-14 | 0008 | CI-26-90-0000 | 1699 | GS | 09 | 04 | |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | **STATEMENT OF EARNINGS AND LEAVE** | | | | |
| 71660.00 | PA | F/T | 01/02/2007 | 3184.80 | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 80.00 | 1223.50 | 2747.20 | 41890.67 |
| 21 | | OVERTIME - PREMIUM RATE | 20.00 | 20.00 | 1030.20 | 1030.20 |
| 44 | | CASH AWARD | | | | 450.00 |
| 61 | | ANNUAL LEAVE | | 208.00 | | 7134.32 |
| 62 | | SICK LEAVE | | 84.50 | | 2826.13 |
| 66 | | OTHER LEAVE | | 80.00 | | 2693.44 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 100.00 | | 3777.40 | 56155.40 |
| 75 | 02 | RETIREMENT | | | 21.98 | 437.44 |
| 75 | 15 | TSP-FERS | | | 100.00 | 2000.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 217.99 | 3159.80 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | 161.14 | 1041.37 |
| 81 | | FEGLI- COVERAGE $   $74,000 | | | 11.84 | 235.84 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | 186.35 | 3354.30 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 1097.52 |
| 83 | 11 | VISION PLAN | | | 16.88 | 320.39 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 360.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | 2040.61 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 3145.40 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 161.01 | 322.02 |
| 97 | | MEDICARE TAX WITHHELD | | | 50.98 | 738.91 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 1161.66 | 18673.26 |
| ** | ** | *************** NET PAY *************** | | | 2615.74 | 37482.14 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 144 | 203.00 | 148.50 | | | 240.00 |
| SICK | 72 | 39.50 | 42.25 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date    10/03/2024

AGENCY HR ADDRESS

FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

EPP

| CITIZENSHIP AND IMMIGRATION SERVICES | | | | | | 76065 - 0000 | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 09/22/2024  10/05/2024 | 19 | CI-25-0120-05-14 | 0008 | CI-26-90-0000 | 1699 | GS | 09 | 04 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 71660.00 | PA | F/T | 01/02/2007 | 3206.78 |

### STATEMENT OF EARNINGS AND LEAVE

#### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 80.00 | 1303.50 | 2747.20 | 44637.87 |
| 21 | | OVERTIME - PREMIUM RATE | 26.50 | 46.50 | 1365.02 | 2395.22 |
| 44 | | CASH AWARD | | | | 450.00 |
| 61 | | ANNUAL LEAVE | | 208.00 | | 7134.32 |
| 62 | | SICK LEAVE | | 84.50 | | 2826.13 |
| 66 | | OTHER LEAVE | | 80.00 | | 2693.44 |
| 66 | 61 | TIME OFF AWARDS | | 4.00 | | 130.64 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | | 106.50 | 4112.22 | 60267.62 |
| 75 | 02 | RETIREMENT | | | 21.98 | 459.42 |
| 75 | 15 | TSP-FERS | | | 100.00 | 2100.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 238.75 | 3398.55 |
| 77 | | FEDERAL TAX EXEMPTS  MJ | | | 201.32 | 1242.69 |
| 81 | | FEGLI- COVERAGE $   $74,000 | | | 11.84 | 247.68 |
| 83 | | FEHBA - ENROLL CODE  252 | | | | 419.66 |
| 83 | | FEHBA - ENROLL CODE  315 | | | 186.35 | 3540.65 |
| 83 | 10 | DENTAL PLAN | | | 58.22 | 1155.74 |
| 83 | 11 | VISION PLAN | | | 16.88 | 337.27 |
| 87 | | UNION/ASSOCIATION DUES 52 3377 | | | 18.00 | 378.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | 2040.61 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 157.27 | 3302.67 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 161.01 | 483.03 |
| 97 | | MEDICARE TAX WITHHELD | | | 55.84 | 794.75 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 1227.46 | 19900.72 |
| ** | ** | *************** NET PAY *************** | | | 2884.76 | 40366.90 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

#### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

#### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 152 | 203.00 | 156.50 | | | 240.00 |
| SICK | 76 | 39.50 | 46.25 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

NAME AND ADDRESS

ERICA A JORDAN
3668 RAINWATER TRL
MIDLOTHIAN, TX 76065-0000

Official Pay Date    10/17/2024

AGENCY HR ADDRESS
FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860

FOC PAYROLL
124 LEROY ROAD
WILLISTON,    VT 05495
Phone 802-657-7860